

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Southern Division Address

August 8, 2018

RE:   Combs v. Branigan
       PJM 18-cv-0860
       16-22230 WIL

Dear Counsel/Party:

The above-captioned amended bankruptcy appeal was docketed on July 24, 2018.  Briefs must be filed and served in accordance with Bankruptcy Rule 8018.  Appellant's brief is due within thirty (30) days from the date the amended bankruptcy appeal was docketed.

Sincerely yours,

/s/
Felicia C. Cannon, Clerk

cc:   All counsel/parties

Bankruptcy Letter to Counsel (Rev. 04/2015)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**